ORIGINAL

FILED
JUL 6 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BECKER PARTNERS,
by and through Kathleen Becker,
A Partner Other Than the Tax Matters Partner,

Petitioner,

v.

United States of America,

Defendant.

Docket No. 06-504 T

**NOTICE OF DIRECTLY-RELATED CASES**

Pursuant to RCFC 40.2(a), Plaintiff hereby files notice that this case is directly-related to the case being simultaneously filed in BECKER PARTNERS, by and through Kathleen Becker, A Partner Other Than the Tax Matters Partner vs. United States of America.

The parties in both cases are the same; thus the captions for both cases are identical. Both cases were filed to challenge adjustments made by the Internal Revenue Service (the "Service") in Final Partnership Administrative Adjustments (an "FPAA"). The Service issued one FPAA to Becker Partners for its taxable year ended July 2, 1998, and another FPAA to Becker Partners for its taxable year ended December 31, 1998. Becker Partners, by and through Kathleen Becker, is filing two complaints in this Court to challenge the two FPAAs issued by the Service. The adjustments made in the two FPAAs are almost identical, and involve the same transaction.

Assignment of these two cases to a single judge is appropriate. Consolidation of the two cases will conserve the court's and the parties' resources and promote the efficient determination of the actions.

Dated: July 6, 2006

Respectfully submitted,

Thomas A. Cullinan
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8075
Fax: (404) 853-8806
Attorney for Plaintiff

OF COUNSEL:
N. Jerold Cohen
Sheldon M. Kay
Joseph M. DePew
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 853-8000
Fax: (404) 853-8806