IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Robert H. Hodges)

No. 06-504 T

BECKER PARTNERS, by and through
Kathleen Becker, a Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 30 days from September 4, 2006, to October 4, 2006, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiff has no objections to the requested 30-day extension. This is the first such enlargement requested.

In support of this motion, the defendant states the following:

Plaintiff filed its complaint in this matter on July 6, 2006. The defense recommendation by the Office of Chief Counsel of the Internal Revenue Service and files necessary to reply to plaintiffs' complaint have been ordered, but not yet received by the Government's trial counsel. Because of the nature of the issues presented by this case, various components of both the Office

of Chief Counsel, Internal Revenue Service, and the Department of Justice must coordinate in the preparation of the response to plaintiffs' complaint. The additional time requested is required to allow for review of the administrative files and defense recommendation, and for the coordination within the Department of Justice on preparation of the appropriate response to plaintiff's complaint.

WHEREFORE, the defendant prays that its motion for an 30-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims

s/David Gustafson