# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner, | * | |
| | * | |
| Plaintiff, | * | No. 06-504T |
| v. | * | Filed: August 29, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time to October 4 in which to respond to plaintiff's Complaint is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge