# In the United States Court of Federal Claims

* * * * * * *

BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner, *

Plaintiff, * No. 06-504T

v. * Filed: December 20, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

## ORDER

Defendant's motion for enlargement of time to January 9, within which to file the Joint Preliminary Status Report is GRANTED. Plaintiff does not object.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge