IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Robert H. Hodges)

No. 06-504 T

BECKER PARTNERS, by and through
Kathleen Becker, a Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

JOINT MOTION TO SUSPEND PROCEEDINGS

The parties respectfully move this Court to suspend all proceedings in this case until resolution of an issue in a case currently pending in the United States Court of Federal Claims, which is similar to a potentially dispositive issue present in this case. The parties believe that the suspension will promote judicial economy. Plaintiff's counsel has reviewed the contents of this motion and authorized defendant's counsel to file it as a joint motion.

In the case of *Grapevine Imports, Ltd. v. United States*, Fed. Cl. No. 05-296, before Judge Allegra, the parties filed dispositive motions on the issue of whether the Internal Revenue Service issued the Notice of Final Partnership Administrative Adjustment (FPAA) within the appropriate statute of limitations. In *Grapevine Imports v. United States*, 71 Fed. Cl. 324 (2006), the Court held that the 3 year period for issuing an FPAA specified in 26 U.S.C. § 6229(a) operates as a possible extension of the statute of limitations of § 6501 rather than as a stand alone

3 year period of limitations.[1] As part of the statute of limitations issue in *Grapevine*, the motions also addressed the issue of whether the partners omitted from gross income an amount properly included therein which exceeds 25% of the amount of gross income stated on the return. If the taxpayers did omit that amount of gross income from their return, the 6-year statute of limitations of 26 U.S.C. § 6501(e) may be operative rather than the 3-year statute of § 6501(a). The *Grapevine* Court ordered an evidentiary hearing on that issue so as to better understand the underlying transactions prior to ruling on the legal issue. This case also presents the question of whether the partners omitted from gross income an amount properly included therein which exceeds 25% of the amount of gross income stated on the return which may invoke the 6-year statute of limitations of 26 U.S.C. § 6501(e). Therefore, both parties believe a ruling in *Grapevine* would at least prove instructive.

The current status of *Grapevine* is that the issue has been briefed. An evidentiary hearing is scheduled for January 18, 2007, and is expected to be completed in one day. It is also expected that the *Grapevine* Court will rule expeditiously on the issue. If this motion is granted, the parties propose to notify the Court within 14 days of the decision in *Grapevine* and propose a schedule for further proceedings.

---

[1]That issue is currently on appeal in the Court of Appeals for the Federal Circuit from the decision by Judge Miller in *AD Global Fund, LLC. v United States*, 67 Fed. Cl. 657 (2005).

WHEREFORE, the parties respectfully request that the Court grant this motion and suspend all proceedings in this case until resolution of the statute of limitations issue in *Grapevine Imports v. United States*, Fed. Cl. No. 05-296.

Respectfully submitted,

January 8, 2007
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel

Attorneys for Defendant