# In the United States Court of Federal Claims

* * * * * * *

BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner, *

*

Plaintiff, * No. 06-504T

v. * Filed: February 7, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' joint motion to suspend proceedings pending the outcome of Grapevine Imports, Ltd. v. United States, Fed. Cl. No. 05-296, is GRANTED. The parties shall file a status report within 14 days of the decision in Grapevine and propose a schedule for further proceedings.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge