IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Robert H. Hodges)

No. 06-504 T

BECKER PARTNERS, by and through
Kathleen Becker, a Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

JOINT STATUS REPORT AND MOTION FOR EXTENSION OF TIME
TO RECOMMEND FURTHER PROCEEDINGS

Pursuant to the Order of this Court entered February 7, 2007, the parties file this status report to inform the Court of the decision in *Grapevine v. United States*, Fed. Cl. No. 05-296 (July 17, 2007)(Allegra, J.) The parties also request an additional 30 days to suggest further proceedings. Plaintiff's counsel has reviewed this Joint Status Report and Motion and authorized defendant's counsel to file it as a joint filing.

The Court of Federal Claims in *Grapevine* held that the 6-year extension of the statute of limitations of § 6501(e)(1)(A) was not available in that case. Similar issues are currently pending in this Court in *Salman Ranch v. United States*, Fed. Cl. No. 06-503 (C. Miller, J.), and *Leadbetter Family, LLP v. United States*, Fed. Cl. No. 06-492 (Hodges, J.). *Salman Ranch* has been argued and the final supplemental brief is due on August 7, 2007. *Leadbetter Family*

*Partners* has been fully briefed.

A decision contrary to *Grapevine* has been reached in the U.S. District Court for the Middle District of Florida in *Brandon Ridge Partners v. United States*, Dkt No. 8:06-cv-1340-T24-MAP (July 30, 2007).

At this time the Government has not determined whether to seek an interlocutory appeal in *Grapevine*. Similarly, plaintiff in this case is reviewing that decision and considering the effect that the other cases in this Court as well as cases in other courts on this issue may have on further proceedings in this case. Accordingly, the parties request that an extension of 30 days be granted for filing a report recommending further proceedings in this case.

WHEREFORE, the parties pray that they be granted an additional 30 days to recommend further proceedings in this case.

Respectfully submitted,

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims

s/David Gustafson