# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner, | * * | |
| Plaintiff, | * | No. 06-504T |
| v. | * | Filed: August 1, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

The parties' filed a joint status report which included a motion for enlargement for an additional 30 days within which to suggest further proceedings. The motion is hereby GRANTED. The parties' status report is due on or before August 31.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge