# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| BECKER PARTNERS, by and through Kathleen Becker, a Partner Other Than the Tax Matters partner, | * * | |
| Plaintiff, | * | No. 06-504T |
| v. | * | Filed: October 23, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred to Judge Margaret M. Sweeney with her consent.

IT IS SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge