# In the United States Court of Federal Claims

No. 06-504 T
(Filed: December 17, 2007)

************************************
BECKER PARTNERS, by and through Kathleen Becker, A Partner Other Than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

## ORDER

On December 13, 2007, the parties in Leadbetter Family LLP, No. 06-492T, filed a Joint Motion to Suspend Additional Briefing and to Hold Case in Abeyance, seeking to stay proceedings until the Federal Circuit decides whether to grant an interlocutory appeal in Salmon Ranch Ltd. v. United States, No. 06-503T, and, if the Federal Circuit allows the appeal, until the Federal Circuit renders a decision. The parties in Leadbetter Family LLP averred that if the Federal Circuit allowed the appeal, "it is likely that the Court will address the statute of limitations issue that is also involved in this case, and that the Court's decision in that case will have a significant impact on the outcome of this case." The court granted the motion to stay in Leadbetter Family LLP on December 17, 2007.

The instant case is presently stayed pending the outcome in Leadbetter Family LLP. Thus, the parties in this case may wish to re-evaluate the stay given the potential for a lengthy stay in Leadbetter Family LLP. Accordingly, the parties in the instant case shall file a joint status report, **no later than Friday, January 18, 2008**, indicating whether they wish to have the stay remain in place pending this court's decision in Leadbetter Family LLP.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge